**Opinion issued November 10, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00405-CV

———————————

**FRANK MILLER, Appellant**

**V.**

**ASCENTIUM CAPITAL LLC, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-75468**

---

### MEMORANDUM OPINION

Appellant, Frank Miller, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did

not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.